# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>    Plaintiff,<br><br>v.<br><br>KWAN JIN LEE, Trustee The Kwan Jin Lee and Ye Sun Lee Living Trust UDT 4/26/06;<br>YE SUN LEE, Trustee The Kwan Jin Lee and Ye Sun Lee Living Trust UDT 4/26/06;<br>KIM MELISSA KYOUNG; and Does 1-10,<br><br>    Defendants. | Case: 5:15-CV-00163-JGB-KK<br><br>**ORDER** |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: August 3, 2015

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal    Case: 5:15-CV-00163-JGB-KK